**Dismissed and Opinion Filed February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00658-CV

### JAY SANDON COOPER, Appellant
### V.
### THE BANK OF NEW YORK MELLON TRUST CO., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-06869**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice FitzGerald

Appellant's brief in this case is overdue. By order dated October 31, 2013, we granted appellant's request for an extension of time to file his brief, and ordered his brief filed by November 27, 2013. By postcard dated December 4, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130658F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAY SANDON COOPER, Appellant

No. 05-13-00658-CV      V.

THE BANK OF NEW YORK MELLON
TRUST CO., Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 09-06869.
Opinion delivered by Justice FitzGerald.
Justices Lang and Fillmore participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee THE BANK OF NEW YORK MELLON TRUST CO.
recover its costs of this appeal from appellant JAY SANDON COOPER.


Judgment entered February 5, 2014


/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE